## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID C. TIDRICK, SR. AND LOUISE TIDRICK, <br>     Plaintiffs, <br> <br> VERSUS <br> <br> BABCOCK & WILCOX POWER GENERATION GROUP, INC., MCDERMOTT INTERNATIONAL, INC., TRAVELERS CASUALTY AND SURETY COMPANY, AND AIG PREMIER INSURANCE COMPANY <br>     Defendants. | CIVIL ACTION <br> <br> NO. 09-0068 <br> <br> SECTION "B" <br> <br> MAG. "3" |

### DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION TO DISMISS COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) ("Travelers"), a defendant in the captioned Civil Action commenced by David C. Tidrick, Sr. and Louise Tidrick (the "Plaintiffs"), and files this Motion to Dismiss the Plaintiffs' Complaint ("Motion") pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Law in Support of this Motion, dismissal is appropriate because the Complaint filed herein by Plaintiffs fails to state a claim upon which relief may be granted and should be dismissed with prejudice.

1

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support, Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) respectfully requests that this Court grant this Motion to Dismiss Plaintiffs' Complaint and grant Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) such other and further relief to which it may be justly entitled.

> Respectfully Submitted:
> _s/Céleste D. Elliott_____
> **Céleste D. Elliott, La. Bar No. 24068**
> **Christopher T. Caplinger, La.Bar No. 25357**
> **Anne E. Briard, La. Bar No. 29102**
> **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
> 601 Poydras Street, Suite 2775
> New Orleans, LA 70130
> Telephone:	(504) 568-1990
> Facsimile:	(504) 310-9195
> e-mail:	celliott@lawla.com
> 	ccaplinger@lawla.com
> 	abriard@lawla.com
> **Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)**

## CERTIFICATE OF SERVICE

I hereby certify that on 26 FEBRUARY 2009, a copy of the foregoing DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION TO DISMISS COMPLAINT was filed electronically with the clerk of court using the CM/ECF system. Notice of this filing will be sent to:

| | | |
|---|---|---|
| Anne E. Briard | Christopher T. Caplinger | Donald G. Cave |
| Céleste D. Elliott | Jan Marie Hayden | Tristan Manthey |

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:

2

        _s/Céleste D. Elliott_____
**Céleste D. Elliott, La. Bar No. 24068**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
e-mail:  celliott@lawla.com
**Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)**