IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID C. TIDRICK, SR. AND LOUISE TIDRICK, | * * * |
| Plaintiffs | * CIVIL ACTION * |
| VERSUS | * NUMBER: 09-0068 * |
| BABCOCK & WILCOX POWER GENERATION GROUP, INC., McDERMOTT INTERNATIONAL, INC., TRAVELERS CASUALTY AND SURETY COMPANY and AIG PREMIER INSURANCE COMPANY | * * * * * * |
| Defendants | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS BABCOCK & WILCOX POWER GENERATION GROUP, INC.'S AND MCDERMOTT INTERNATIONAL, INC.'S MOTION TO DISMISS COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Babcock and Wilcox Power Generation Group, Inc. ("BWPGG"), formerly known as The Babcock & Wilcox Company ("B&W"), and McDermott International, Inc. ("MII"), both named Defendants herein, and pursuant to Federal Rule of Civil Procedure 12(b)(6) file this Motion to Dismiss Complaint ("Motion"), asking the Court to dismiss with prejudice the Complaint ("Complaint") initiating this Civil Action filed by David C. Tidrick, Sr. and Louise Tidrick ("Tidricks"), Plaintiffs, on the ground that the Complaint fails to state a claim based upon which relief may be granted, and

should be dismissed with prejudice for the reasons set forth in the Memorandum of Law in Support of this Motion.

WHEREFORE, Babcock and Wilcox Power Generation Group, Inc., formerly known as The Babcock & Wilcox Company, and McDermott International, Inc., Defendants, respectfully move the Court to grant this Motion to Dismiss Complaint, and to dismiss with prejudice the Complaint initiating this Civil Action filed by David C. Tidrick, Sr. and Louise Tidrick, Plaintiffs, and to grant to Babcock and Wilcox Power Generation Group, Inc. and McDermott International, Inc. all other and further relief to which they may be entitled by law.

Respectfully Submitted:
HELLER, DRAPER, HAYDEN,
PATRICK & HORN, LLC

_____
Jan M. Hayden (#6672)
Tristan E. Manthey (#24539)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
E-mail: jhayden@hellerdraper.com
Counsel to Babcock & Wilcox Power Generation Group, f/k/a The Babcock & Wilcox Company and McDermott International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 21st, 2009, a copy of the foregoing Defendant Babcock & Wilcox Power Generation Group, Inc.'s and McDermott International, Inc.'s Motion To Dismiss Complaint ("Motion") was electronically filed with the Clerk of Court for the District Court for the Eastern District of Louisiana using the CM/ECF system; and that by operation of the Court's electronic filing system, Notice of this filing will be sent to:

| | | |
|---|---|---|
| Anne E. Briard | Christopher T. Caplinger | Donald G. Cave |
| Celeste D. Elliott | Jan Marie Hayden | Tristan Manthey |

and I further certify that on April 21st, 2009, I mailed, by U. S. Mail, first-class postage prepaid, a copy of said foregoing Motion to the following non-CM-ECF participants: None.

_____
Tristan E. Manthey (#24539)