UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID C. TIDRICK, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-068 |
| | * | |
| BABCOCK & WILCOX POWER GENERATION GROUP, INC., ET AL. | * | SECTION "B"(3) |

## ORDER

Considering the Unopposed Motion to Dismiss Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Rec. Doc. No. 9);

**IT IS ORDERED** that said motion is **GRANTED**.

New Orleans, Louisiana this 2nd day of June, 2009.

United States District Judge